FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

OCT 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SALOMON LEDEZMA-COSINO, aka Cocino Soloman Ledesma,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No.    12-73289

Agency No. A091-723-478

ORDER

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.